ACCEPTED
06-14-00024-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/2/2015 12:16:02 PM
DEBBIE AUTREY
CLERK

**LEW DUNN**

**ATTORNEY AT LAW**

P.O. BOX  2226

LONGVIEW, TEXAS 75606-2226

Email: dunn@texramp.net

TELEPHONE 903-757-6711

FAX 903-757-6712

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

3/2/2015 12:16:02 PM

DEBBIE AUTREY
Clerk

March 2, 2015

Ms. Debra Autry

Clerk of Court

Sixth Court of Appeals

Bi-State Justice Building

100 North State Line Avenue #20

Texarkana, TX 75501

  RE:  Appellate Cause #06-14-00024-CR

  Esaw Lampkin v. State of Texas

  Trial Cause No. 42,897-B

  Pending in the Sixth Court of Appeals

  On Appeal from the 124th Judicial District Court

Dear Ms. Autrey:

As a supplement to authorities cited in the "Brief for Appellant" in the above numbered and styled cause, I respectfully bring to the Court's attention an opinion handed down last week in another Court of Appeals on the issue of ineffective assistance of counsel:

*Lopes v. State*,  No. 01-13-01079-CR (Tex. App. – Houston [1st Dist.] February 26, 2015).

Respectfully submitted,

/S/ Lew Dunn

Lew Dunn, Attorney at Law

Texas State Bar #06244600

CC:  Mr. L. Charles Van Cleef   VIA E-Mail: charles@vancleef.pro

  Mr. Esaw Lampkin

\